**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Stacy Coglianese

                        Plaintiff,

v.                                                   Case No.: 1:21−cv−04959

                                                         Honorable John J. Tharp Jr.

Banana Republic, LLC

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 8, 2022:

      MINUTE entry before the Honorable John J. Tharp, Jr:The defendant's motions to dismiss [8] and for judicial notice and incorporation by reference [10] are taken under advisement. The plaintiff's consolidated response to both motions is due by 03/09/2022; the defendant's reply is due by 03/30/2022. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.