UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Stacy Coglianese, individually and on behalf of all others similarly situated, | 1:21-cv-04959 |
| Plaintiff, | |
| - against - | |
| Banana Republic, LLC, | |
| Defendant | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION TO DISMISS COMPLAINT AND REQUEST FOR
JUDICIAL NOTICE AND INCORPORATION BY REFERENCE**

1. On September 17, 2021, Plaintiff filed the Complaint. ECF No. 1.

2. On February 7, 2022, Defendant filed a Motion to Dismiss the Complaint. ECF No. 8.

3. On February 7, 2022, Defendant filed a Request for Judicial Notice and Incorporation by Reference. ECF No. 10.

4. In accordance with this Court's Minute Entry, Plaintiff will file an Opposition to Defendant's Motion to Dismiss and Request for Judicial Notice and Incorporation by Reference by March 9, 2022. ECF 12.

Dated: February 14, 2022

                                                                Respectfully submitted,

                                                                 Sheehan & Associates, P.C.
                                                                 /s/Spencer Sheehan
                                                                 Spencer Sheehan
                                                                 60 Cuttermill Rd Ste 409
                                                                 Great Neck NY 11021
                                                                 Tel: (516) 268-7080
                                                                 Fax: (516) 234-7800
                                                                spencer@spencersheehan.com