## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Stacy Coglianese
                      Plaintiff,

v.                                                 Case No.: 1:21−cv−04959
                                                       Honorable John J. Tharp Jr.

Banana Republic, LLC
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 18, 2022:

      MINUTE entry before the Honorable John J. Tharp, Jr: Consistent with Tenth Amended General Order 21−0027, the requirement of noticing motions for presentment set forth in Local Rule 5.3(b) is suspended; accordingly, the defendant's notice hearing on 04/21/2022 is stricken. Defendant's motions [8][10] are under advisement; the Court will rule by CM/ECF entry. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.